Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

FILED
2024 NOV 22 AM 11: 04
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: MMC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA v. PLAINTIFF | CASE NUMBER: 2:24-cr-00621-MWF-3 |
| JONES, KEITH, JR  USMS# 43166-511  DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 11/21/24 at 7 ☒ AM ☐ PM
   or
   The defendant was arrested in the ___ District of ___ on ___ at ___ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:

   18 USC 1958: MURDER FOR HIRE

5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☒ No ☐ Yes Language: ___

7. Year of Birth: 1991

8. Defendant has retained counsel: ☐ No
   ☐ Yes  Name: UNKNOWN       Phone Number: ___

9. Name of Pretrial Services Officer notified: DUTY OFFICER

10. Remarks (if any): ___

11. Name: J. LEW                    (please print)

12. Office Phone Number: 213-620-7676      13. Agency: USMS

14. Signature: [signed]                    15. Date: 11/21/24

CR-64 (09/20)           REPORT COMMENCING CRIMINAL ACTION