Michael G. Raab, Esq. (SBN 176112)
LAW OFFICE OF MICHAEL G. RAAB
303 North Glenoaks Blvd., Suite 200
Burbank, California 91502

FILED
CLERK, U.S. DISTRICT COURT
NOV 22 2024
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF | 2:24-cr-00621-MWF |
| v. KEITH JONES | |
| DEFENDANT(S). | DESIGNATION AND APPEARANCE OF COUNSEL |

## DESIGNATION OF COUNSEL

I, the undersigned defendant in the above-numbered case, hereby designate and appoint Michael G. Raab, Esq._____, Esquire, as my attorney to appear for me throughout all proceedings in this case.

November 22, 2024
*Date*

*[Signature: Keith Jones]*
*Defendant's Signature*

Los Angeles, California
*City and State*

## APPEARANCE OF COUNSEL

I, Michael G. Raab, Esq._____ Attorney at law duly admitted to practice before the United States District Court for the Central District of California, hereby consent to my designation and appointment as counsel for the above-named defendant. The Clerk is therefore requested to enter my appearance as defendant's counsel.

Receipt is hereby acknowledged of a copy of the Indictment or Information in this case.

November 22, 2024
*Date*

*[Attorney's Signature]*
*Attorney's Signature*

CA SBN 176112
*California State Bar Number*

303 North Glenoaks Boulevard, Suite 200
*Street Address*

Burbank, California 91501
*City, State, Zip Code*

(818)326-8100
*Telephone Number*

(888)414-1014
*Fax Number*

michael@michaelraablaw.com
*E-mail Address*

CR-14 (01/07)          DESIGNATION AND APPEARANCE OF COUNSEL