1 | BILAL A. ESSAYLI
Acting United States Attorney
2 | JOSEPH T. MCNALLY
Assistant United States Attorney
3 | Acting Chief, Criminal Division
IAN V. YANNIELLO (Cal. Bar No. 265481)
4 | GREGORY W. STAPLES (Cal. Bar No. 155505)
DANIEL H. WEINER (Cal. Bar No. 329025)
5 | Assistant United States Attorneys
     1400/1500 United States Courthouse
6 |    312 North Spring Street
     Los Angeles, California 90012
7 |    Telephone: (213) 894-3667/3535/0813
     Facsimile: (213) 894-0142
8 |    E-mail:    ian.yanniello@usdoj.gov
               greg.staples@usdoj.gov
9 |               daniel.weiner@usdoj.gov

10 | Attorneys for Plaintiff
UNITED STATES OF AMERICA

11

12 |                 UNITED STATES DISTRICT COURT

13 |          FOR THE CENTRAL DISTRICT OF CALIFORNIA

14 | UNITED STATES OF AMERICA,          No. CR 2:24-621(B)-MWF

15 |          Plaintiff,               [PROPOSED] ORDER

16 |              v.

17 | DURK BANKS, et al.,

18 |          Defendants.

19

20 |     For good cause shown, IT IS HEREBY ORDERED that the

21 | government's unredacted Motion to Empanel an Anonymous Jury,

22 | unredacted Declaration of Jarron Farmby, and Exhibit B to the

23 | ///

24 | ///

25

26

27

28
                                  1

1   Farmby Declaration shall be kept under seal until further order of

2   the Court.  It is further ordered that the government may publicly

3   file redacted versions of its Motion to Empanel an Anonymous Jury

4   and Declaration of Jarron Farmby.

5

6

7   DATED: _____

8                                        _____

9                                        HONORABLE MICHAEL W. FITZGERALD
                                         UNITED STATES DISTRICT JUDGE

10

11  **IN CASE OF DENIAL:**

12      The Government's Unopposed <u>Ex Parte</u> Application for Order

13  Sealing Documents is **DENIED.**  The underlying documents shall be

14  returned to the government, without filing of the documents or

15  reflection of the name or nature of the documents on the clerk's

16  public docket.

17

18  DATED: _____

19                                       _____

20                                       HONORABLE MICHAEL W. FITZGERALD
                                         UNITED STATES DISTRICT JUDGE

21

22

23  Prepared by:

24  /s/_____
    DANIEL H. WEINER

25  Assistant United States Attorney

26

27

28

                                         2