CRAIG A. HARBAUGH (Bar No. 194309)
HARBAUGH LAW, PC
360 E. 2nd Street, Suite 800
Los Angeles, California 90012
Tel:   (213) 986-8656

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br><br>PLAINTIFF(S)<br><br>v.<br><br>DEANDRE WILSON<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:24-cr-00621-MWF-3<br><br>**NOTICE OF MANUAL FILING<br>OR LODGING** |
|---|---|

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed  ☐ Lodged:  **(List Documents)**

Ex Parte Application to File Under Seal
Proposed Order to File Under Seal
Defendant Wilson's Motion to Sever
Declaration of Counsel
Exhibit A
Proposed Order to Sever

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

10/07/2025
Date

Craig A. Harbaugh
Attorney Name

Deandre Wilson
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                              **NOTICE OF MANUAL FILING OR LODGING**