BILAL A. ESSAYLI
Acting United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
IAN V. YANNIELLO (Cal. Bar No. 265481)
GREGORY W. STAPLES (Cal. Bar No. 155505)
DANIEL H. WEINER (Cal. Bar No. 329025)
Assistant United States Attorneys
     1400/1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3667/3535/0813
     Facsimile: (213) 894-0142
     E-mail:   ian.yanniello@usdoj.gov
               greg.staples@usdoj.gov
               daniel.weiner@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 2:24-621(B)-MWF |
| Plaintiff, | ORDER GRANTING GOVERNMENT'S UNOPPOSED EX PARTE APPLICATION FOR ORDER SEALING DOCUMENTS |
| v. | |
| DURK BANKS, et al., | |
| Defendants. | |

The Court has considered the Government's Unopposed Ex Parte Application for Order Sealing Documents. (Docket No. 268). For good cause shown, IT IS HEREBY ORDERED that the government's unredacted Omnibus Opposition to Defendant Banks' Motion to Exclude and Defendant Wilson's Motion for Severance; and Opposition to Defendant Banks' Motion to Suppress shall be filed and kept under seal until further order of the Court.

///

1

IT IS FURTHER ORDERED that the Government's redacted versions of its Omnibus Opposition to Defendant Banks' Motion to Exclude and Defendant Wilson's Motion for Severance (Docket No. 274); and Opposition to Defendant Banks' Motion to Suppress (Docket No. 273) are ACCEPTED as filed.

Dated: October 28, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge