BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
IAN V. YANNIELLO (Cal. Bar No. 265481)
GREGORY W. STAPLES (Cal. Bar No. 155505)
DANIEL H. WEINER (Cal. Bar No. 329025)
Assistant United States Attorneys
        1400/1500 United States Courthouse
        312 North Spring Street
        Los Angeles, California 90012
        Telephone: (213) 894-3667/3535/0813
        Facsimile: (213) 894-0142
        E-mail:    ian.yanniello@usdoj.gov
                   greg.staples@usdoj.gov
                   daniel.weiner@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>               v.<br><br>DURK BANKS, et al.,<br><br>          Defendants. | No. CR 24-621(B)-MWF<br><br>GOVERNMENT'S NOTICE OF LODGING UNDER SEAL EXHIBIT REGARDING IMPROPER PHOTOGRAPH TAKEN DURING THE NOVEMBER 18 HEARING AND PUBLISHED ONLINE |

     Plaintiff United States of America hereby files this Notice of Lodging an Under Seal Exhibit Regarding an Improper Photograph Taken During the November 18, 2025 Hearing and Published Online.

///

///

1      This filing is based upon the attached memorandum of points and

2  authorities, the attached exhibit (Under Seal), the files and records

3  in this case, and such further evidence and argument as the Court may

4  permit.

5   Dated: November 19, 2025          Respectfully submitted,

6                                     BILAL A. ESSAYLI
                                      First Assistant United States
7                                     Attorney

8                                     ALEXANDER B. SCHWAB
                                      Assistant United States Attorney
9                                     Acting Chief, Criminal Division

10
                                             /s/
11                                    _____
                                      IAN V. YANNIELLO
                                      GREGORY W. STAPLES
12                                    DANIEL H. WEINER
                                      Assistant United States Attorneys
13
                                      Attorneys for Plaintiff
14                                    UNITED STATES OF AMERICA

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**MEMORANDUM OF POINTS AND AUTHORITIES**

1

2       On November 18, 2025, this Court held a hearing on multiple

3  pretrial motions, including the government's motion requesting that

4  the Court empanel an anonymous jury.  Among other things, the

5  government's motion explained that an anonymous jury was necessary

6  because of the significant risk of interference with witnesses and

7  the judicial process, see Dkt. 235 at 10-14, and due to the extensive

8  and continuous national publicity in this case, see id. at 14-26.

9  Consistent with these concerns, the government received information

10 today that at least one photograph was taken during the hearing,

11 depicting certain defendants and counsel.  (See Exhibit [Under

12 Seal].)  The photograph --- taken in violation of Fed. R. Crim. P. 53

13 (prohibiting courtroom photographing) --- has been published on at

14 least three different websites (Reddit, Instagram, and Facebook).

15 This blatant violation of the federal rules, and the following

16 widespread dissemination of the photograph, underscores that an

17 anonymous jury is only one of the security measures this Court should

18 employ to prevent improper attempts to intimidate and/or influence

19 jurors, ensure a fair trial for all parties, and protect the judicial

20 process.

21

22

23

24

25

26

27

28