BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
IAN V. YANNIELLO (Cal. Bar No. 265481)
GREGORY W. STAPLES (Cal. Bar No. 155505)
DANIEL H. WEINER (Cal. Bar No. 329025)
Assistant United States Attorneys
     1400/1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3667/3535/0813
     Facsimile: (213) 894-0142
     E-mail:    ian.yanniello@usdoj.gov
                greg.staples@usdoj.gov
                daniel.weiner@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 2:24-621(B)-MWF |
|---|---|
| Plaintiff, | ORDER GRANTING GOVERNMENT'S EX PARTE APPLICATION FOR ORDER SEATING DOCUMENTS [329] |
| v. | |
| DURK BANKS, et al., | |
| Defendants. | |

The Court has considered the government's Ex Parte Application for Order Sealing Documents (the "Application"). (Docket No. 329). For good cause shown, the Application is GRANTED.  IT IS HEREBY ORDERED that the government's Exhibits A-B attached to the government's Notice of Lodging Under Seal Exhibits and Supplemental

///
///
///

1

Memorandum in Opposition to Defendant Banks' Motion in Limine to Exclude 404(b) Evidence (Docket No. 327) shall be kept under seal until further order of the Court.

Dated: January 5, 2026

MICHAEL W. FITZGERALD
United States District Judge

Prepared by:

/s/
DANIEL H. WEINER
Assistant United States Attorney