BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
IAN V. YANNIELLO (Cal. Bar No. 265481)
GREGORY W. STAPLES (Cal. Bar No. 155505)
DANIEL H. WEINER (Cal. Bar No. 329025)
Assistant United States Attorneys
    1400/1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3667/3535/0813
    Facsimile: (213) 894-0142
    E-mail:   ian.yanniello@usdoj.gov
               greg.staples@usdoj.gov
               daniel.weiner@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>DURK BANKS, et al.,<br><br>        Defendants. | No. CR 2:24-621(B)-MWF<br><br>GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING DOCUMENT; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF DANIEL H. WEINER |

Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorneys Ian V. Yanniello, Gregory W. Staples, and Daniel H. Weiner, hereby applies ex parte for an order directing that the government's unredacted Response to Defendant Durk Banks' Supplemental Brief in Support of its Motion to Exclude Proposed 404(B) Evidence in the above-entitled case be kept

1  under seal until further order of the Court.  The government also
2  applies for an order permitting the government to publicly file a
3  redacted version of its Response.
4       This ex parte application is based upon the attached memorandum
5  of points and authorities and Declaration of Daniel H. Weiner.

7  Dated: January 30, 2026           Respectfully submitted,

8                                    BILAL A. ESSAYLI
                                     First Assistant United States
9                                    Attorney

10                                   ALEXANDER B. SCHWAB
                                     Assistant United States Attorney
11                                   Acting Chief, Criminal Division

12                                      /s/
                                     IAN V. YANNIELLO
13                                   GREGORY W. STAPLES
                                     DANIEL H. WEINER
14                                   Assistant United States Attorneys

15                                   Attorneys for Plaintiff
                                     UNITED STATES OF AMERICA

2

**MEMORANDUM OF POINTS AND AUTHORITIES**

Plaintiff United States of America requests that this Court seal the government's Response to Defendant Banks' Supplemental Brief in Support of its Motion to Exclude Proposed 404(B) Evidence. The government has publicly filed a redacted version of its Response to protect sensitive witness information and other sensitive information.

The Court has inherent supervisory authority to seal documents in appropriate circumstances. See Nixon v. Warner Communications, Inc., 435 U.S. 589, 598 (1978) ("Every court has supervisory power over its own records and files . . . .").

Here, for the reasons described in the attached declaration, sealing of the document is necessary to protect the identity of witnesses who participated in the government's investigation, who may testify at trial, and/or whose safety or whose family's safety may be endangered by disclosure of identifying information.

///
///
///

The government accordingly requests that the document described in the attached declaration be maintained under seal until further order of the Court.

Dated: January 30, 2026              Respectfully submitted,

                                     BILAL A. ESSAYLI
                                     First Assistant United States Attorney

                                     ALEXANDER B. SCHWAB
                                     Assistant United States Attorney
                                     Acting Chief, Criminal Division

                                         /s/
                                     IAN V. YANNIELLO
                                     GREGORY W. STAPLES
                                     DANIEL H. WEINER
                                     Assistant United States Attorneys

                                     Attorneys for Plaintiff
                                     UNITED STATES OF AMERICA

**DECLARATION OF DANIEL H. WEINER**

I, Daniel H. Weiner, declare as follows:

1. I am an Assistant United States Attorney for the Central District of California and I am one the attorneys assigned to the prosecution of United States v. Durk Banks, et al., No. CR 24-621(B)-MWF. I make this declaration in support of the government's ex parte application for an order sealing the government's unredacted Response to Defendant Banks' Supplemental Brief in Support of its Motion to Exclude Proposed 404(B) Evidence.

2. The government requests leave to file the document under seal. The above-described document discusses and/or contain certain identifying information of witnesses who participated in the government's investigation, who may testify at trial, and/or whose safety or whose family's safety may be endangered by disclosure of identifying information. Sealing of the document is therefore desirable because the government believes that public disclosure of such information may endanger the witnesses and/or their family's safety, and could cause others to attempt to intimidate the witnesses and/or their family, or otherwise dissuade the witnesses from cooperating with the government.

3. Accordingly, the government requests that the government's unredacted Response to Defendant Banks' Supplemental Brief in Support of its Motion to Exclude Proposed 404(B) Evidence be kept under seal until further order of the Court.

4. Counsel for defendants advised the government that they had no objection to the government's request. As of the time of this

filing, the government was unable to obtain a position from counsel for defendant Wilson.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief and that this declaration was executed on January 30, 2026 at Los Angeles, California.

                                              */s/*
                                        DANIEL H. WEINER