BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
IAN V. YANNIELLO (Cal. Bar No. 265481)
GREGORY W. STAPLES (Cal. Bar No. 155505)
DANIEL H. WEINER (Cal. Bar No. 329025)
Assistant United States Attorneys
     1400/1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3667/3535/0813
     Facsimile: (213) 894-0142
     E-mail:    ian.yanniello@usdoj.gov
                greg.staples@usdoj.gov
                daniel.weiner@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 2:24-621(B)-MWF |
|---|---|
| Plaintiff, | ORDER GRANTING EX PARTE APPLICATION FOR ORDER SEALING DOCUMENT |
| v. | |
| DURK BANKS, et al., | |
| Defendants. | |

The Court has considered the government's Ex Parte Application for Order Sealing Document. (Docket No. 366). For good cause shown, IT IS HEREBY ORDERED that the government's unredacted Response to Defendant Durk Banks' Supplemental Brief in Support of its Motion to Exclude Proposed 404(B) Evidence shall be kept under seal until

//
//

1

further order of the Court.  It is further ordered that the government may publicly file a redacted version of its Response.

DATED: January 30, 2026

MICHAEL W. FITZGERALD
United States District Judge

Prepared by:

/s/
DANIEL H. WEINER
Assistant United States Attorney

2